Federal Rules of Appellate Procedure Form 1.  Notice of Appeal to a Court of Appeals From a Judgment or Order of a District Court.

FILED BY __VK__ D.C.

MAY 02 2025

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S.D. OF FLA. - W.P.B.

United States District Court for the District of
__Southern District of Florida__

File Number __9:24-cv-80706 RLR__

__Glenn Scott Cohen__,
  *Plaintiff,* )
v.       )   Notice of Appeal
__Department of Veteran Affairs__)
  *Defendant.* )

Notice is hereby given that __Glenn Scott Cohen__, (plaintiffs) (defendants) in the above-named case*, hereby appeal to the United States Court of Appeals for the __11th__ Circuit (from the final judgment) (from an order (describing it)) entered in this action on the __6__ day of __March__, 20__25__.

/s/ __Glen Cohen__

__Pro SE__ ~~Attorney for~~
Address: __16 Via De Casa Sur APT 103__
__Boynton Beach FL 33426__

[***Note to inmate filers:*** *If you are an inmate confined in an institution and you seek the timing benefit of Fed. R. App. P. 4(c)(1), complete Form 7 (Declaration of Inmate Filing) and file that declaration along with this Notice of Appeal.*]

*See Rule 3(c) for permissible ways of identifying appellants